No. 12–0516/AF.   U.S. v. Michael S. Tunstall.   CCA 37592.   Review granted on the following issues:

   I.  WHETHER APPELLANT'S CONVICTION FOR INDECENT ACTS MUST BE SET ASIDE BECAUSE THE MILITARY JUDGE ERRED IN INSTRUCTING THE JURY THAT INDECENT ACTS IS A LESSER INCLUDED OFFENSE OF AGGRAVATED SEXUAL ASSAULT.

   II.  WHETHER THE FINDING OF GUILTY TO ADULTERY MUST BE DISMISSED IN ACCORDANCE WITH RULE FOR COURTS–MARTIAL 907(b)(1) BECAUSE IT FAILS TO STATE AN OFFENSE.

Briefs will be filed under Rule 25.